# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**
**No. 21-433V**

| | |
|---|---|
| MEGHAN ELISABETH MORENO,<br><br>     **Petitioner,**<br>v.<br><br>SECRETARY OF HEALTH AND<br>HUMAN SERVICES,<br><br>     **Respondent.** | Chief Special Master Corcoran<br><br>Filed: July 15, 2024 |

*Jeffrey S. Pop, Jeffrey S. Pop & Associates, Beverly Hills, CA, for Petitioner.*

*Tyler King, U.S. Department of Justice, Washington, DC, for Respondent.*

## RULING ON ENTITLEMENT[1]

On January 8, 2021, Meghan Moreno filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that she suffered a shoulder injury related to vaccine administration ("SIRVA") caused by an influenza vaccination administered on October 4, 2019. Petition at 1. Petitioner further alleges that the vaccine was administered within the United States, that he suffered from his injury for more than six months, and that he has not filed any other action for his vaccine-related injury. Petition at 1-2. The case was assigned to the Special Processing Unit of the Office of Special Masters.

---

[1] Because this Ruling contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Ruling will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

On February 28, 2024, Respondent filed a response to Petitioner's motion for a ruling on the record in which he concedes that Petitioner is entitled to compensation in this case. Respondent's Response to Petitioner's Motion for a Ruling on the Record Regarding Entitlement Amended Rule 4(c) Report and Responsive Damages Brief, ECF No. 43, at 5. Specifically, Respondent has concluded that Petitioner's injury is consistent with a SIRVA as defined with the Vaccine Injury Table. *Id.* Respondent further agrees that Petitioner has satisfied all legal prerequisites for compensation under the Vaccine Act. *Id.*

**In view of Respondent's position and the evidence of record, I find that Petitioner is entitled to compensation.**

**IT IS SO ORDERED.**

<u>s/Brian H. Corcoran</u>
Brian H. Corcoran
Chief Special Master